TODD P. EMANUEL (SBN 169301)
MARK D. ROSENBERG (SBN 245733)
Emanuel Law Group
702 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 369-8900
Facsimile: (650) 369-8999
Email: todd@teinjurylaw.com
mark@teinjurylaw.com

Attorneys for Plaintiffs
BRIAN SCOTT GUIDRY and
PEGGY KUYKENDALL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT GUIDRY and PEGGY KUYKENDALL,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR; GOLDEN GATE NATIONAL PARKSS CONSERVANCY, business form unknown; MIKE CASTRO, an individual; ALCATRAZ CRUISES, LLC,<br><br>Defendants. | Case No. C-12-5639 JSW<br><br>[PROPOSED] ORDER RE: STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED FILING DEADLINES |

On reading the Stipulation of Parties to Continue Case Management Conference and Related Filing Deadlines and supporting Declaration of Mark D. Rosenberg, Esq. for this order, and it satisfactorily appearing to me therefrom:

IT IS SO ORDERED: The Case Management Conference currently set for February 22, 2013 in the above noted matter is hereby continued until  April 26 , 2013. All related filings to this Case Management Conference shall also be continued accordingly.

Dated: February 11, 2013

_____
JUDGE OF THE U.S. DISTRICT COURT

[Proposed] Order Re: Stipulation to Continue Case Management Conference And Related Filing Deadlines