| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 088390) |
| | Mark E. Tepper (SBN 275902) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | Email: rwootton@cwghp.com |
| 6 | Attorneys for Defendant and |
| | Crossclaimant/Defendant |
| 7 | ALCATRAZ CRUISES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT GUIDRY and PEGGY KUYKENDALL, | Case No.: 3:12-C-05639 JSW |
| Plaintiffs, | **STIPULATION FOR ALCATRAZ CRUISES, LLC TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; GOLDEN GATE NATIONAL PARKS CONSERVANCY; MIKE CASTRO, an individual; ALCATRAZ CRUISES, LLC, | AND ORDER THEREON |
| Defendant. | |
| and related Crossclaims. | |

All parties to this action hereby stipulate that lead trial counsel for Alcatraz Cruises, LLC may appear by telephone at the upcoming Case Management Conference in this matter, scheduled for April 26, 2013 at 1:30 p.m., due to unforeseen emergency circumstances that arose on April 23, 2013 at 5 p.m.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CHA.GGNPC/2995

STIPULATION TO APPEAR BY TELEPHONE

1                                                    Case No. C-12-5639 JSW

| | | |
|---|---|---|
| 1 | Dated: April 24, 2013 | EMANUEL LAW GROUP |
| 2 | | Attorneys for Plaintiffs, |
| | | BRIAN GUIDRY and |
| 3 | | PEGGY KUYKENDALL |
| 4 | | |
| | | By:  /s/ Mark D. Rosenberg |
| 5 | | |
| 6 | Dated: April 24, 2013 | U.S. ATTORNEYS OFFICE |
| 7 | | Attorneys for Defendant, |
| | | UNITED STATES OF |
| | | AMERICA |
| 8 | | |
| 9 | | By:  /s/ Mark R. Conrad |
| 10 | Dated: April 24, 2013 | BRAGG & KULUVA |
| | | Attorneys for Defendant, |
| 11 | | GOLDEN GATE NATIONAL |
| | | PARKS CONSERVANCY |
| 12 | | |
| 13 | | By:  /s/ Robert A. Bragg |
| 14 | | |
| | Dated: April 24, 2013 | COX, WOOTTON, GRIFFIN |
| 15 | | HANSEN & POULOS, LLP |
| | | Attorneys for Cross-Defendant, |
| 16 | | ALCATRAZ CRUISES, LLC |
| 17 | | |
| | | By:  /s/ Richard C. Wootton |

The Court GRANTS the request to appear by phone.  Counsel shall provide the Court with a direct landline at which he may be reached by no later than 5:00 p.m. on April 25, 2013.  A cell phone is not acceptable.

April 25, 2013

*Jeffrey S. White*

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CHA.GGNPC/2995