**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 088390)
Mark E. Tepper (SBN 275902)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: rwootton@cwghp.com

Attorneys for Defendant and
Crossclaimant/Defendant
ALCATRAZ CRUISES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT GUIDRY and PEGGY KUYKENDALL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; GOLDEN GATE NATIONAL PARKS CONSERVANCY; MIKE CASTRO, an individual; ALCATRAZ CRUISES, LLC,<br><br>Defendant.<br><br>and related Crossclaims. | Case No.: 3:12-C-05639 JSW<br><br>**STIPULATION FOR ALCATRAZ CRUISES, LLC TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br>AND ORDER THEREON |

All parties to this action hereby stipulate that lead trial counsel for Alcatraz Cruises, LLC may appear by telephone at the upcoming Case Management Conference in this matter, scheduled for April 26, 2013 at 1:30 p.m., due to unforeseen emergency circumstances that arose on April 23, 2013 at 5 p.m.

Dated: April 24, 2013        EMANUEL LAW GROUP
                             Attorneys for Plaintiffs,
                             BRIAN GUIDRY and
                             PEGGY KUYKENDALL


                             By:   /s/ Mark D. Rosenberg


Dated: April 24, 2013        U.S. ATTORNEYS OFFICE
                             Attorneys for Defendant,
                             UNITED STATES OF
                             AMERICA


                             By:   /s/ Mark R. Conrad


Dated: April 24, 2013        BRAGG & KULUVA
                             Attorneys for Defendant,
                             GOLDEN GATE NATIONAL
                             PARKS CONSERVANCY


                             By:   /s/ Robert A. Bragg


Dated: April 24, 2013        COX, WOOTTON, GRIFFIN
                             HANSEN & POULOS, LLP
                             Attorneys for Cross-Defendant,
                             ALCATRAZ CRUISES, LLC


                             By:   /s/ Richard C. Wootton


The Court GRANTS the request to appear by phone. Counsel shall provide the Court with a direct landline at which he may be reached by no later than 5:00 p.m. on April 25, 2013. A cell phone is not acceptable.
April 25, 2013

*Jeffrey S. White*

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CHA.GGNPC/2995

2                                           Case No. C-12-5639 JSW
STIPULATION TO APPEAR BY TELEPHONE