1 | TODD P. EMANUEL (SBN 169301)
MARK D. ROSENBERG (SBN 245733)
2 | Emanuel Law Group
702 Marshall Street, Suite 400
3 | Redwood City, CA 94063
Telephone: (650) 369-8900
4 | Facsimile: (650) 369-8999
Email: todd@teinjurylaw.com
5 |          mark@teinjurylaw.com

6 | Attorneys for Plaintiffs

7 | *Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN SCOTT GUIDRY, et al., | CASE NO. C 12-05639 JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFENDANT MIKE CASTRO WITHOUT PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

STIP. RE DISMISSAL OF DEF. CASTRO
CASE NO. C 12-05639 JSW

1  COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
   Richard C. Wootton (SBN 088390)
2  Mark E. Tepper (SBN 275902)
   190 The Embarcadero
3  San Francisco, CA 94105
   Telephone: (415) 438-4600
4  Fax: (415) 438-4601
   Email: rwootton@cwghp.com
5
   Attorneys for Defendant and Cross-Claimant/Defendant Alcatraz Cruises, LLC
6

7  ROBERT A. BRAGG (SBN 99366)
   RYAN T. GILLE (SBN 262105)
8  BRAGG & KULUVA
   Embarcadero Center West
9  275 Battery Street, Suite 1100
   San Francisco, CA 94111
10 Telephone: (415) 273-6500
   Fax: (415) 273-6535
11
   Attorneys for Defendant/Cross-Defendant Golden Gate National Parks Conservancy
12

13 MELINDA HAAG (CABN 132612)
   United States Attorney
14 ALEX G. TSE (CABN 152348)
   Chief, Civil Division
15 MARK R. CONRAD (CABN 255667)
   Assistant United States Attorney
16
       450 Golden Gate Avenue, Box 36055
17     San Francisco, California 94102-3495
       Telephone: (415) 436-7025
18     Fax: (415) 436-6748
       mark.conrad@usdoj.gov
19
   Attorneys for United States of America
20

21

22

23

24

25

26

27

28

STIP. RE DISMISSAL OF DEF. CASTRO
CASE NO. C 12-05639 JSW

### STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CLAIMS AGAINST DEFENDANT MIKE CASTRO WITHOUT PREJUDICE

Plaintiffs Brian Scott Guidry and Peggy Kuykendall, Defendant Golden Gate National Parks Conservancy ("GGNPC"), Defendant Alcatraz Cruises, LLC, and Defendant United States of America stipulate as follows:

WHEREAS, GGNPC represents that, at all times relevant to Plaintiff's allegations in this action, Defendant Mike Castro was an employee of GGNPC;

WHEREAS, GGNPC represents that, at all times relevant to Plaintiff's allegations in this action, Defendant Mike Castro was acting within the course and scope of his employment by GGNPC;

WHEREAS, GGNPC represents that Mike Castro will be made available for deposition and at trial in this action without the necessity of a formal subpoena;

WHEREAS, based on and in consideration of the aforementioned representations by GGNPC, Plaintiffs agree that all claims asserted in this action by them against Defendant Mike Castro shall be, and hereby are, dismissed without prejudice;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties to this action that all claims asserted in this action by Plaintiff against Defendant Mike Castro shall be, and hereby are, dismissed without prejudice.

Respectfully submitted,

DATED: May 1, 2013         EMANUEL LAW GROUP

*/s/ Mark D. Rosenberg*
MARK D. ROSENBERG, ESQ.
Attorney for Plaintiff

STIP. RE DISMISSAL OF DEF. CASTRO
CASE NO. C 12-05639 JSW

| | |
|---|---|
| DATED: May 1, 2013 | BRAGG & KULUVA |
| | |
| | */s/ Robert A. Bragg* |
| | ROBERT A. BRAGG |
| | Attorney for Golden Gate |
| | National Parks Conservancy |
| | |
| DATED: May 1, 2013 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS |
| | |
| | */s/ Richard C. Wootton* |
| | RICHARD C. WOOTTON |
| | Attorney for Alcatraz Cruises, LLC |
| | |
| DATED: May 1, 2013 | MELINDA HAAG |
| | United States Attorney |
| | |
| | */s/ Mark R. Conrad* |
| | MARK R. CONRAD |
| | Assistant United States Attorney |

Pursuant to the stipulation of the parties, Plaintiffs' claims against Defendant Mike Castro are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: May 1, 2013

HON. JEFFREY S. WHITE
United States District Court Judge

STIP. RE DISMISSAL OF DEF. CASTRO
CASE NO. C 12-05639 JSW