1  TODD P. EMANUEL (SBN 169301)
   MARK D. ROSENBERG (SBN 245733)
2  Emanuel Law Group
   702 Marshall Street, Suite 400
3  Redwood City, CA  94063
   Telephone: (650) 369-8900
4  Facsimile: (650) 369-8999
   Email: todd@teinjurylaw.com
5         mark@teinjurylaw.com

6  Attorneys for Plaintiffs

7  *Additional counsel listed on next page*

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 | BRIAN SCOTT GUIDRY, et al.,       ) CASE NO. C 12-05639 JSW
                                       )
14 |        Plaintiffs,                ) **STIPULATION AND [PROPOSED]**
                                       ) **ORDER DISMISSING CLAIMS**
15 |   v.                              ) **AGAINST DEFENDANT MIKE**
                                       ) **CASTRO WITHOUT PREJUDICE**
16 | UNITED STATES OF AMERICA, et al., )
                                       )
17 |        Defendants.                )
                                       )
18 |_____    )

19

20

21

22

23

24

25

26

27

28

STIP. RE DISMISSAL OF DEF. CASTRO
CASE NO. C 12-05639 JSW

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Richard C. Wootton (SBN 088390)
Mark E. Tepper (SBN 275902)
190 The Embarcadero
San Francisco, CA 94105
Telephone: (415) 438-4600
Fax: (415) 438-4601
Email: rwootton@cwghp.com

Attorneys for Defendant and Cross-Claimant/Defendant Alcatraz Cruises, LLC

ROBERT A. BRAGG (SBN 99366)
RYAN T. GILLE (SBN 262105)
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 273-6500
Fax: (415) 273-6535

Attorneys for Defendant/Cross-Defendant Golden Gate National Parks Conservancy

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
MARK R. CONRAD (CABN 255667)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    Fax: (415) 436-6748
    mark.conrad@usdoj.gov

Attorneys for United States of America

STIP. RE DISMISSAL OF DEF. CASTRO
CASE NO. C 12-05639 JSW

**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING
CLAIMS AGAINST DEFENDANT MIKE CASTRO WITHOUT PREJUDICE**

Plaintiffs Brian Scott Guidry and Peggy Kuykendall, Defendant Golden Gate National Parks Conservancy ("GGNPC"), Defendant Alcatraz Cruises, LLC, and Defendant United States of America stipulate as follows:

WHEREAS, GGNPC represents that, at all times relevant to Plaintiff's allegations in this action, Defendant Mike Castro was an employee of GGNPC;

WHEREAS, GGNPC represents that, at all times relevant to Plaintiff's allegations in this action, Defendant Mike Castro was acting within the course and scope of his employment by GGNPC;

WHEREAS, GGNPC represents that Mike Castro will be made available for deposition and at trial in this action without the necessity of a formal subpoena;

WHEREAS, based on and in consideration of the aforementioned representations by GGNPC, Plaintiffs agree that all claims asserted in this action by them against Defendant Mike Castro shall be, and hereby are, dismissed without prejudice;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties to this action that all claims asserted in this action by Plaintiff against Defendant Mike Castro shall be, and hereby are, dismissed without prejudice.

Respectfully submitted,

DATED: May 1, 2013                    EMANUEL LAW GROUP


*/s/ Mark D. Rosenberg*
MARK D. ROSENBERG, ESQ.
Attorney for Plaintiff

STIP. RE DISMISSAL OF DEF. CASTRO
CASE NO. C 12-05639 JSW

| | |
|---|---|
| DATED: May 1, 2013 | BRAGG & KULUVA |
| | |
| | */s/ Robert A. Bragg* |
| | ROBERT A. BRAGG |
| | Attorney for Golden Gate |
| | National Parks Conservancy |
| | |
| DATED: May 1, 2013 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS |
| | |
| | */s/ Richard C. Wootton* |
| | RICHARD C. WOOTTON |
| | Attorney for Alcatraz Cruises, LLC |
| | |
| DATED: May 1, 2013 | MELINDA HAAG |
| | United States Attorney |
| | |
| | */s/ Mark R. Conrad* |
| | MARK R. CONRAD |
| | Assistant United States Attorney |

Pursuant to the stipulation of the parties, Plaintiffs' claims against Defendant Mike Castro are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: May 1, 2013

HON. JEFFREY S. WHITE
United States District Court Judge

STIP. RE DISMISSAL OF DEF. CASTRO
CASE NO. C 12-05639 JSW