| | |
|---|---|
| 1 | TODD P. EMANUEL (SBN 169301) |
| 2 | MARK D. ROSENBERG (SBN 245733)<br>Emanuel Law Group |
| 3 | 702 Marshall Street, Suite 400<br>Redwood City, CA 94063 |
| 4 | Telephone:   (650) 369-8900<br>Facsimile:   (650) 369-8999 |
| 5 | Email: todd@teinjurylaw.com<br>         mark@teinjurylaw.com |
| 6 | Attorneys for Plaintiffs |
| 7 | BRIAN SCOTT GUIDRY and<br>PEGGY KUYKENDALL |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT GUIDRY and PEGGY KUYKENDALL,<br><br>                    Plaintiffs,<br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR; GOLDEN GATE NATIONAL PARKS CONSERVANCY, business form unknown; MIKE CASTRO, an individual; ALCATRAZ CRUISES, LLC,<br><br>                    Defendants. | Case No. C-12-5639 JSW<br><br>**STIPULATION TO PROCEED BEFORE MAGISTRATE JUDGE JACQUELINE S. CORLEY; [~~PROPOSED~~] ORDER** |

STIPULATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-mentioned matter hereby stipulate to having Magistrate Judge Jacqueline S. Corley conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully Submitted, |
| 2 | Dated: | 5/3/13 | EMANUEL LAW GROUP |
| 3 |   |   |   |
| 4 |   |   | By:  /s/ Mark D. Rosenberg |
|   |   |   | Mark D. Rosenberg, Esq. |
| 5 |   |   | Attorney for Plaintiffs |
|   |   |   | BRIAN SCOTT GUIDRY and PEGGY |
| 6 |   |   | KUYKENDALL |
| 7 |   |   |   |
| 8 | Dated: | 5/3/13 | BRAGG & KULUVA |
| 9 |   |   |   |
| 10 |   |   | By:  /s/ Robert A. Bragg |
|   |   |   | Robert A. Bragg, Esq. |
| 11 |   |   | Attorney for Defendant |
|   |   |   | GOLDEN GATE NATIONAL PARKS |
| 12 |   |   | CONSERVANCY |
| 13 |   |   |   |
| 14 |   |   |   |
| 15 | Dated: | 5/3/13 | U.S. ATTORNEY'S OFFICE |
| 16 |   |   |   |
| 17 |   |   | By:  /s/ Mark Conrad |
|   |   |   | Mark Conrad, Esq. |
| 18 |   |   | Attorney for Defendant |
|   |   |   | UNITED STATES |
| 19 |   |   |   |
| 20 |   |   |   |
| 21 | Dated: | 5/3/13 | COX WOOTON GRIFFIN HANSEN & POULOUS |
| 22 |   |   |   |
| 23 |   |   | By:  /s/ Richard C. Wooton |
|   |   |   | Richard C. Wooton |
| 24 |   |   | Attorney for Defendant |
| 25 |   |   | ALCATRAZ CRUISES, LLC |
| 26 |   |   |   |
| 27 |   |   |   |
| 28 |   |   |   |

**ORDER**

The above STIPULATION TO PROCEED BEFORE MAGISTRATE JUDGE JACQUELINE S. CORLEY is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: May 6, 2013

*Jeffrey S. White*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE