TODD P. EMANUEL (SBN 169301)
MARK D. ROSENBERG (SBN 245733)
Emanuel Law Group
702 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 369-8900
Facsimile: (650) 369-8999
Email: todd@teinjurylaw.com
mark@teinjurylaw.com

Attorneys for Plaintiffs
BRIAN SCOTT GUIDRY and
PEGGY KUYKENDALL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT GUIDRY and PEGGY KUYKENDALL,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR; GOLDEN GATE NATIONAL PARKS CONSERVANCY, business form unknown; MIKE CASTRO, an individual; ALCATRAZ CRUISES, LLC,<br><br>Defendants. | Case No. C-12-5639 JSW<br><br>**STIPULATION TO PROCEED BEFORE MAGISTRATE JUDGE JACQUELINE S. CORLEY; [~~PROPOSED~~] ORDER** |

STIPULATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-mentioned matter hereby stipulate to having Magistrate Judge Jacqueline S. Corley conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully Submitted,

Dated: 5/3/13 EMANUEL LAW GROUP

By: /s/ Mark D. Rosenberg
Mark D. Rosenberg, Esq.
Attorney for Plaintiffs
BRIAN SCOTT GUIDRY and PEGGY
KUYKENDALL

Dated: 5/3/13 BRAGG & KULUVA

By: /s/ Robert A. Bragg
Robert A. Bragg, Esq.
Attorney for Defendant
GOLDEN GATE NATIONAL PARKS
CONSERVANCY

Dated: 5/3/13 U.S. ATTORNEY'S OFFICE

By: /s/ Mark Conrad
Mark Conrad, Esq.
Attorney for Defendant
UNITED STATES

Dated: 5/3/13 COX WOOTON GRIFFIN HANSEN & POULOS

By: /s/ Richard C. Wooton
Richard C. Wooton
Attorney for Defendant
ALCATRAZ CRUISES, LLC

**ORDER**

The above STIPULATION TO PROCEED BEFORE MAGISTRATE JUDGE JACQUELINE S. CORLEY is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: May 6, 2013

*Jeffrey S White*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE