IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT GUIDRY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No.: 12-cv-5639 JSC<br><br>**ORDER RE: DEFENDANT GOLDEN GATE NATIONAL PARKS CONSERVANCY'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** |
| ALCATRAZ CRUISES, LLC<br><br>Cross-Claimant,<br><br>v.<br><br>GOLDEN GATE NATIONAL PARKS CONSERVANCY,<br><br>Cross-Defendant. | |

Now pending before the Court is Defendant Golden Gate National Parks Conservancy's ("GGNPC") motion for leave to file third-party complaint. (Dkt. No. 49.) Although the caption page for GGNPC's motion indicates a hearing date for November 14, 2013, no briefing schedule and no

hearing date were generated when GGNPC electronically filed its motion. The Court thus sets the following schedule for the motion:

    Oppositions: no later than October 24, 2013

    GGNPC's reply: no later than October 31, 2013

    Hearing: November 14, 2013

**IT IS SO ORDERED.**

Dated: October 11, 2013

                                                                         _____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE