TODD P. EMANUEL (SBN 169301)
MARK D. ROSENBERG (SBN 245733)
Emanuel Law Group
702 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone:   (650) 369-8900
Facsimile:   (650) 369-8999
Email: todd@teinjurylaw.com
       mark@teinjurylaw.com

Attorneys for Plaintiffs
BRIAN SCOTT GUIDRY and
PEGGY KUYKENDALL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT GUIDRY and PEGGY KUYKENDALL,<br><br>Plaintiffs,<br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR; GOLDEN GATE NATIONAL PARKS CONSERVANCY, business form unknown; MIKE CASTRO, an individual; ALCATRAZ CRUISES, LLC,<br><br>Defendants. | Case No. C-12-5639 JSC<br><br>**STIPULATION RE: TRIAL AND RELATED CASE MANAGEMENT DATES & [~~PROPOSED~~] ORDER** |

The parties to the above-entitled action jointly submit this STIPULATION RE: TRIAL AND RELATED CASE MANAGEMENT DATES & PROPOSED ORDER. The parties submit the following case management schedule:

(1) Deadline for USA jurisdictional discovery: May 30, 2014

(2) Mediation Completion Date: July 18, 2014

(3) Hearing for USA motion re: jurisdiction, if filed: July 31, 2014

(4) Expert Disclosure Deadline: December 1, 2014

(5) Rebuttal Expert Disclosure Deadline: December 22, 2014

(6) Fact Discovery Cut-Off: December 18, 2014

(7) Expert Discovery Cut-Off: February 13, 2015

(8) Deadline for Hearing on Dispositive Motions: February 13, 2015

(9) Pretrial Conference: April 2, 2015

(10)   Trial:  April 20, 2015

Dated:  March 13, 2014          EMANUEL LAW GROUP

                                By: _____/S/_____
                                    Mark D. Rosenberg, Esq.
                                    Attorney for Plaintiffs

Dated:  March 13, 2014          BRAGG & KULUVA

                                By: _____/S/_____
                                    Robert Bragg, Esq.
                                    Attorney for Defendant GOLDEN GATE
                                    NATIONAL PARKS CONSERVANCY

Dated:  March 13, 2014          U.S. ATTORNEY'S OFFICE

                                By: _____/S/_____
                                    Mark Conrad, Esq.
                                    Attorney for Defendant UNITED STATES

Dated:  March 13, 2014

                                By: _____/S/_____
                                    Mark Tepper, Esq.
                                    Attorney for Defendant
                                    ALCATRAZ CRUISES, LLC

## CASE MANAGEMENT ORDER

The above STIPULATION RE: TRIAL AND RELATED CASE MANAGEMENT DATES & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: March 14, 2014

*Jacqueline S. Corley*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

Hon. Jacqueline Scott Corley