UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN SCOTT GUIDRY, et al.,

    Plaintiffs,

    v.

GOLDEN GATE NATIONAL PARKS CONSERVANCY, et al.,

    Defendants.

Case No. 12-cv-05639-JSC

**ORDER TO PLAINTIFF TO FILE EXPERT DECLARATION; ORDER SETTING HEARING**

Now pending before the Court is the parties' joint discovery letter brief regarding Plaintiff Brian Scott Guidry's submission to an independent psychiatric examination. (Dkt. Nos. 131 & 132.) In the letter filed more than a week ago, Plaintiff states that he "is in the process" of obtaining an expert declaration in support of his objection to Defendants' request to compel the examination, and that he will submit the declaration "as soon as possible." (Dkt. No. 131 at 6.) Plaintiff shall submit his expert declaration by no later than **Monday, November 24, 2014**. Defendants may file a response to Plaintiff's expert declaration by no later than **Monday, December 1, 2014**. The parties shall appear for a hearing on the joint letter on **Thursday, December 4, 2014 at 9:00 a.m.**

    **IT IS SO ORDERED**.

Dated: November 14, 2014

                                                                 JACQUELINE SCOTT CORLEY
                                                                 United States Magistrate Judge